IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDUARDO TORRES** | : | CIVIL ACTION NO. 1:14-cv-1208 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| Acting Commissioner of | : | |
| Social Security | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above captioned action is a April 30, 2015 Report and Recommendation of the Magistrate Judge. The Defendant waived the opportunity to file objections. **ACCORDINGLY**, this 14TH day of May 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 13) of Magistrate Judge Saporito.

2) The decision of the Administrative Law Judge is **VACATED** and the case is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation. The Commissioner shall consult a medical advisor, either during the new administrative hearing or through interrogatories, in order to ascertain whether Torres' liver disease became disabling prior to his date last insured.

3) The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
